**FILED**
October 14, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DONG PING HUANG, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:10-cr-00443-JAM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Dong Ping Huang ; Case 2:10-cr-00443-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Appearance Bond in the amount of $100,000.00 (secured by all available equity in the property belonging to Tina Vong and the remainder unsecured and co-signed by Tina Vong, Don Chung and Dong Wei Huong.

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on  10/14/10  at  3-40 pm .

By _____
Kendall J. Newman
United States Magistrate Judge