```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-10-0443 TLN |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING |
| v. ) | HEARING |
| ) | |
| DONG PING HUANG, ) | |
| ) | |
| Defendant. ) | DATE: July 11, 2013 |
| ) | TIME: 9:30 a.m. |
| ) | COURT: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Olaf Hedberg, Counsel for Defendant Dong Ping Huang, that the sentencing hearing date of June 20, 2013, be continued to July 11, 2013, at 9:30 a.m.

The request to continue the sentencing hearing is made for several reasons. Defendant is a Cantonese speaker. An interpreter is therefore required to prepare for all hearings in this matter. Defense counsel is currently in a state court trial and requires additional time to prepare for the sentencing

1

1  hearing.  The government has no objection under the circumstances
2  to the requested continuance.
3      Defendant has previously entered a guilty plea.  Continuing
4  the sentencing hearing therefore has no bearing on time
5  considerations under the Speedy Trial Act.  Olaf Hedberg has
6  authorized Assistant United States Attorney Todd D. Leras to sign
7  this stipulation on his behalf.

DATED: June 18, 2013      By: /s/ Todd D. Leras
                              TODD D. LERAS
                              Assistant U.S. Attorney

DATED: June 18, 2013      By: /s/ Todd D. Leras for
                              OLAF HEDBERG
                              Attorney for Defendant
                              DONG PING HUANG

**IT IS HEREBY ORDERED:**

The sentencing hearing set for June 20, 2013, is continued to July 11, 2013, at 9:30 a.m.

DATED:    June 19, 2013

_____
Troy L. Nunley
United States District Judge