1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )  CR. S-10-0443 TLN
12           Plaintiff,            )
                                   )  STIPULATION AND ORDER
13                                 )  CONTINUING SENTENCING
        v.                         )  HEARING
14                                 )
    DONG PING HUANG,               )
15                                 )
             Defendant.            )  DATE: July 11, 2013
16                                 )  TIME: 9:30 a.m.
                                   )  COURT: Hon. Troy L. Nunley
17                                 )
    _____)
18

19

20      IT IS HEREBY STIPULATED by and between Plaintiff United

21  States of America and Attorney Olaf Hedberg, Counsel for

22  Defendant Dong Ping Huang, that the sentencing hearing date of

23  June 20, 2013, be continued to July 11, 2013, at 9:30 a.m.

24      The request to continue the sentencing hearing is made for

25  several reasons.  Defendant is a Cantonese speaker.  An

26  interpreter is therefore required to prepare for all hearings in

27  this matter.  Defense counsel is currently in a state court trial

28  and requires additional time to prepare for the sentencing

                                 1

1  hearing.   The government has no objection under the circumstances

2  to the requested continuance.

3        Defendant has previously entered a guilty plea.   Continuing

4  the sentencing hearing therefore has no bearing on time

5  considerations under the Speedy Trial Act.   Olaf Hedberg has

6  authorized Assistant United States Attorney Todd D. Leras to sign

7  this stipulation on his behalf.

8

9  DATED: June 18, 2013              By: /s/ Todd D. Leras

                                          TODD D. LERAS

10                                         Assistant U.S. Attorney

11

12 DATED: June 18, 2013              By: /s/ Todd D. Leras for

                                          OLAF HEDBERG

13                                         Attorney for Defendant

                                          DONG PING HUANG

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      **IT IS HEREBY ORDERED:**

2      The sentencing hearing set for June 20, 2013, is continued

3   to July 11, 2013, at 9:30 a.m.

4

5

6   DATED:    June 19, 2013

7

8

9

10                              Troy L. Nunley
                               United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28