The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>DONG PING HUANG | Case Number:  10-CR-0443 TLN<br><br>APPLICATION FOR ORDER AND ORDER EXONERATING BOND |

On November 21, 2013, the defendant in the above captioned matter was sentenced to serve a term of 24 months in the Bureau of Prisons. Defendant previously posted a $20,000 appearance bond secured by a deed of trust. Accordingly, the surety for defendant's bail bond is entitled to the release of the home title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED:  January 27, 2014          /s/ Olaf W. Hedberg, Attorney for Defendant
                                  DONG PING HUANG

IT IS SO ORDERED

Dated:  January 28, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE